

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-29-2010

# Dwumaah v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 09-4140

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Dwumaah v. Atty Gen USA" (2010). *2010 Decisions.* Paper 1058.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1058

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

April 26, 2010

**No. 09-4140**

KWAME DWUMAAH, Petitioner
v.
ATTORNEY GENERAL OF THE
UNITED STATES, Respondent
(Agency No. A075-462-772)

**Present:     RENDELL, HARDIMAN and ALDISERT, <u>Circuit Judges</u>.**

Motion by Respondent to Publish Opinion filed April 12, 2010.

<u>    /s/ Anthony Infante            </u>
Anthony Infante/arl
Case Manager         267-299-4916

**———————————— O R D E R ————————————**

**The foregoing Motion is GRANTED.**

**By the Court,**

**<u> /s/ Thomas M.  Hardiman </u>**
**Circuit Judge**

**Dated:** 29 June 2010